NO. 07-01-00316--CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL B

SEPTEMBER 27, 2001

_____

RAYMOND BISHOP,

Appellant

v.

ROBERT VICKERS,

Appellee

_____

FROM THE 151ST DISTRICT COURT OF HARRIS COUNTY;

NO. 98-56711; HON. CAROLINE E. BAKER, PRESIDING

_____

*ORDER ON APPELLANT'S MOTION TO DISMISS APPEAL*

_____

Before BOYD, C.J., QUINN and JOHNSON, JJ.

Raymond Bishop, appellant, has moved to dismiss his appeal contending that he "has sustained new injuries for which he has additional or further remedies rather than appeal." Without passing on the merits of the case, we grant the motion pursuant to Texas Rule of Appellate Procedure 42.1(a)(2) and dismiss the appeal. Having dismissed the appeal at appellant's personal request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

Brian Quinn
Justice

Do not publish.